UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KLICKITAT COUNTY, a political subdivision of the State of Washington,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED WSTE INDUSTRIES, INC., a Delaware corporation; and REPUBLIC SERVICES, INC., a Delaware corporation,<br><br>Defendants. | NO: CV-11-3001-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE the Court is Plaintiff's Joint Motion of the Parties for Dismissal of Action, ECF No. 15. Having reviewed said motion and the file and pleadings therein, the Court finds good cause to grant the motion. Accordingly,

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion of the Parties for Dismissal of Action, **ECF No. 15**, is **GRANTED**. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3.  All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 22nd day of June, 2011.

                                        *s/ Rosanna Malouf Peterson*
                                        ROSANNA MALOUF PETERSON
                                        Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2